HENRY BERWALDT and MAY H. BERWALDT, Respondents, v. HERBERT A. R. ZEHRLAUT, Appellant.— Motion to resettle order dated February 14, 1936, granted to the extent of striking therefrom the words " with ten dollars costs and disbursements to the respondents." [See *ante,* p. 732.]  Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

DORA BLACK, Plaintiff, v. LAURA B. SCHNITZER, Defendant-Respondent; BENJ. FRINDEL, Impleaded Defendant, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs.  Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

JACQUELINE CAPUTO, Appellant, v. GEORGE A. THOMPSON and JOHN J. THOMPSON, Respondents.— Motion for reargument granted, without costs.  [See *ante,* p. 797.]  Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ. Upon reargument, the order of the City Court of White Plains setting aside the verdict rendered in plaintiff's favor is modified so as to provide for a new trial. As so modified the order is unanimously affirmed, with costs to respondents. The court, upon setting aside the verdict, should have granted a new trial; and the omission may be supplied by this court.  (Civ. Prac. Act, § 105.)  Present — Young, Hagarty, Davis, Johnston and Adel, JJ.

CESTONE CONSTRUCTION CO., INC., Appellant, v. VILLAGE OF DOBBS FERRY, Respondent.— Motion for reargument denied, with ten dollars costs.  Motion for leave to appeal to the Court of Appeals denied.  Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

GEORGE HOFMANN, Respondent, v. NEW YORK AND QUEENS ELECTRIC LIGHT AND POWER COMPANY, Defendant; KATZMAN & CHASSEN, Attorneys, Appellants. — Motion to resettle order of this court dated March 27, 1936, with respect to the order of the Special Term entered January 29, 1936, granted to the extent of striking from the order of this court the words " without costs " and by inserting in place thereof a provision awarding to the appellants their disbursements, to be taxed, payable when the substitution is made. [See *ante,* p. 819.]  Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

In the Matter of the Application of BOARDWALK AMUSEMENT COMPANY, INC., for an Order Taxing the Disbursements Necessarily Incurred by It in the Proceedings Entitled in the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title, etc., Required for the Purpose of Opening and Extending the Bowery from West Sixteenth Street to Its Easterly Terminus at Jones' Walk, etc., in the Borough of Brooklyn, City of New York, Pursuant to the Provisions of Section 992 of the Greater New York Charter, as Amended.  THE CITY OF NEW YORK, Appellant; BOARDWALK AMUSEMENT COMPANY, INC., Respondent. — Motion for reargument denied.  Motion for leave to appeal to the Court of Appeals granted.  [See *ante,* p. 313.]  Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.